IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN JAMES KOHUTE,<br>  SMITH CNTY. JAIL NO. #156767,<br>    PLAINTIFF,<br><br>v.<br><br>BILL GORDON & ASSOCIATES, ET AL.,<br>    DEFENDANTS. | § § § § § § § § § CIVIL NO. 3:25-CV-2762-D |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

December 5, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE